ARTHUR F. McCAULEY       *   IN THE

   Plaintiff         *   UNITED STATES DISTRICT COURT

v.              *   FOR THE

CLARKS AUTO PARTS, INC.    *   DISTRICT OF MARYLAND
a/k/a t/a SMITTYS AUTO/TRUCK
PARTS          *   (BALTIMORE DIVISION)

and           *   CIVIL ACTION NO. 1:10cv03373RDB

SHIRLEY POWERS      *

and           *

JEANETTE CARPENTER   *

   Defendants      *

*  *  *  *  *  *  *  *  *  *  *  *

## **JUDGMENT**

    Upon the Motion for Entry of Judgment by Default and Affidavit, the following

Decision is reached.  It is ordered that the Plaintiff Arthur F. McCauley recover from the

Defendants Clarks Auto Parts, Inc. a/k/a t/a Smittys Auto/Truck Parks and Shirley

Powers and Jeanette Carpenter, jointly and severally, the amount of $13,182.53,

prejudgment interest at the rate of six percent in the amount of $14,244.61, and an

equal amount of $13,182.53 as liquidated damages along with costs, together with a

reasonable counsel fee in an amount to be determined by The Court.


_____   _____
DATE             RICHARD D. BENNETT
               UNITED STATES DISTRICT JUDGE
               FOR THE DISTRICT OF MARYLAND