FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAY 09 2011
bL
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ARTHUR F. McCAULEY | * | IN THE |
| Plaintiff | * | UNITED STATES DISTRICT COURT |
| v. | * | FOR THE |
| CLARKS AUTO PARTS, INC.<br>a/k/a t/a SMITTYS AUTO/TRUCK<br>PARTS | *<br>* | DISTRICT OF MARYLAND<br>(BALTIMORE DIVISION) |
| and | * | CIVIL ACTION NO. 1:10cv03373RDB |
| SHIRLEY POWERS | * | |
| and | * | |
| JEANETTE CARPENTER | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT

Upon the Motion for Entry of Judgment by Default and Affidavit, the following Decision is reached. It is ordered that the Plaintiff Arthur F. McCauley recover from the Defendants Clarks Auto Parts, Inc. a/k/a t/a Smittys Auto/Truck Parks and Shirley Powers and Jeanette Carpenter, jointly and severally, the amount of $13,182.53, prejudgment interest at the rate of six percent in the amount of $14,244.61, and an equal amount of $13,182.53 as liquidated damages along with costs, together with a reasonable counsel fee in an amount to be determined by The Court.

MAY 6, 2011
DATE

Richard D. Bennett
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF MARYLAND