| | | |
|---|---|---|
| ARTHUR F. MCCAULEY | * | IN THE |
| Plaintiff | * | UNITED STATES DISTRICT COURT |
| v. | * | FOR THE |
| CLARKS AUTO PARTS, INC. a/k/a/ t/a SMITTY'S AUTO PARTS AUTO/TRUCK PARTS, SHIRLEY POWERS AND JEANNETTE CARPENTER | * * * | DISTRICT OF MARYLAND (BALTIMORE DIVISION) CIVIL ACTION No. 1: 10cv03373RDB |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENTAL ORDER FOR COUNSEL FEES

Upon the instant Motion for Counsel Fees having been read and considered, it is hereby this 16TH day of June, 2011, by the United States District Court for the District of Maryland,

ORDERED AND ADJUDGED,

That Plaintiff's counsel, Harry Goldman, Jr., be awarded a fee of $7,125.00 and costs in the amount of $350.00.

_____
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE

____FILED  ____ENTERED
____LODGED ____RECEIVED

JUN 17 2011

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY