| | | |
|---|---|---|
| ARTHUR F. McCAULEY | * | IN THE |
| Plaintiff | * | UNITED STATES DISTRICT COURT |
| v. | * | FOR THE |
| CLARKS AUTO PARTS, INC. a/k/a t/a SMITTYS AUTO/TRUCK PARTS | * | DISTRICT OF MARYLAND |
| | * | (BALTIMORE DIVISION) |
| and | * | CIVIL ACTION NO. 1:10cv03373RDB |
| SHIRLEY POWERS | * | |
| and | * | |
| JEANETTE CARPENTER | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

SERVE ON:  Cambridge Auto Recycling, Inc.
Resident Agent: David C. Dembert   ☐ Serve by Sheriff/Constable
36 South Charles St., 15th Fl.     ☒ Send by Restricted Delivery Mail
Baltimore, MD 21201                ☐ Serve by Private Process

**REQUEST FOR GARNISHMENT OF PROPERTY OTHER THAN WAGES (MD Rule 3-645 and 3-645.1)**
**(WRGP)**

☒ Judgment was entered in this case on _____ May 6 __, 2011 __

THE AMOUNT NOW DUE on the judgment is as follows:

$ __40,609.67__ Original amount of judgment (excluding costs and attorney's fees)
$ _____0_____ Less total credits
$ __40,609.67__ Net
$ _____ Plus accrued interest, on $ __40,609.67__, at __10__ % for period from
May 6, 2011, to date and continuing
$ ____350.00__ Plus court costs due, including Writ of Attachment
$ _____ Plus additional accrued interest, on $ _____, at ____ % for period from
_____, _____, to _____, _____
$ __7,125.00__ Plus attorney's fee, if allowed by judgment
$ __48,084.67__ TOTAL DUE ON JUDGMENT

Plaintiff requests that a Writ of Garnishment be directed to the Garnishee.

__June 27, 2011__                          _[signature]_
Date                                        Signature of Judgment Creditor or Attorney
__Harry Goldman, Jr.__                      __11 E. Lexington Street, 4th Floor__
Printed/Typed Name                          Address
__410-837-4222__                            __Baltimore, MD 21202__
Phone

### WRIT OF GARNISHMENT ON PROPERTY OTHER THAN WAGES (MD Rule 3-645)

To the Garnishee:

You are directed to hold, subject to further proceedings, any property of the Judgment Debtor in your possession at the time of service of this Writ and all property of the Judgment Debtor that may come into your possession after service of this Writ; including any debt owed the Judgment Debtor, whether immediately payable or unmatured. Federal and State exemptions may be available to you and to the Judgment Debtor. Unless a Notice of Right to Garnish Federal Benefits that conforms with 31 C.F.R. §212.4 and Appendix B to 31 C.F.R. Part 212 is attached, Financial Institutions are directed: 1) not to hold property of the judgment debtor that constitutes a protected amount; 2) not to hold property of the judgment debtor that may come into the garnishee's possession following service of the writ if the account contains a protected amount; and 3) to comply with other applicable requirements, prohibitions, and limitations of 31 C.F.R. Part 212.

You must file an answer to the court within 30 days of service of this Writ and forward a copy to both the Plaintiff/Creditor and the Defendant/Debtor. Failure to do so may result in a judgment by default being entered against you. The Judgment Debtor has the right to contest this garnishment by filing a motion asserting a defense or objection.

_____                                    _____
              Date                                                                          Clerk/Judge

### NOTICE TO PERSON SERVING WRIT

**Promptly after service upon the Garnishee, the person making service shall mail a copy of the Writ to the Judgment Debtor's last known address. Proof of service and mailing shall be filed with the Court promptly (MD Rule 3-126.)**

## NOTICE TO GARNISHEE

The Garnishee shall file an answer within 30 days after service of the Writ. The answer shall admit or deny that the Garnishee is indebted to the Judgment Debtor or has possession of property of the Judgment Debtor and shall specify the amount and nature of any debt and describe any property. Financial Institutions shall indicate if the judgment debtor's account has protected amounts and if account consists of only protected amounts, request a judgment in favor of the garnishee terminating the garnishment. The Garnishee may assert any defense that the Garnishee may have to the Garnishment, as well as any defense that the Judgment Debtor could assert. After answering, the Garnishee may pay any garnished indebtedness into court and may deliver to the sheriff any garnished property, which shall be treated as if levied upon by the sheriff. A Garnishee who has filed an answer admitting indebtedness to the Judgment Debtor or possession of property of the Judgment Debtor is not required to file an amended answer solely because of an increase in the Garnishees's indebtedness to the Judgment Debtor or the Garnishee's receipt of additional property of the Debtor.

If the Garnishee fails to file a timely answer, the Judgment Creditor may proceed pursuant to MD Rule 3-509 for a judgment by default against the Garnishee.

If the Garnishee files a timely answer, the matters set forth in the answer shall be treated as established for the purpose of the Garnishment proceeding unless the Judgment Creditor files a reply contesting the answer within 30 days after its filing. If a timely reply is not filed, the Court may enter the judgment upon request of the Judgment Creditor, the Judgment Debtor, or the Garnishee. If a timely reply is filed to the answer of the Garnishee, the matter shall proceed as if it were an original action between the Judgment Creditor as Plaintiff and the Garnishee as Defendant and shall be governed by the rules applicable to civil actions.

## NOTICE TO JUDGMENT DEBTOR CONCERNING EXEMPTIONS

As a result of the judgment entered against you, the bank or other person holding your money or property has been ordered by this court to hold your money or property that does not constitute a protected amount subject to further order of the court. You may be entitled to claim an exemption of all or part of your money or property, but in order to do so you must file a motion with the court as soon as possible. If you do not file a motion within 30 days of when the Garnishee was served, your property may be turned over to the Judgment Creditor. You may include in your motion a request for a hearing. If you file a motion under Rule 3-643 (c) (2), claiming an exemption, and request a hearing, a hearing shall be held promptly. Some Federal benefit payments may be automatically protected from garnishment and will not be held in response to the writ of garnishment. Any claim for exemption for a non-protected amount must be filed with the court no later than 30 days after service of the writ of garnishment on the garnishee.

You have the right under the Annotated Code of MD to claim an exemption of certain kinds of personal property such as: wearing apparel, books, tools, instrument or appliances in an amount not to exceed $5,000 in value necessary for the practice of any trade or profession except those kept for sale, lease or barter; money payable in the event of sickness, accident, injury or death of any person including compensation for loss of future earnings (however, disability income benefits are not exempt if the judgment is for necessities contracted for after the disability is incurred); professionally prescribed health aids for the debtor or dependent of the debtor; debtor's interest not to exceed $1,000 in value, in household furnishings, household goods, wearing apparel, appliances, books, animals kept as pets, and other items that are held primarily for the personal, family or household use of the debtor or any dependent of the debtor. IN ADDITION, WITHIN THIRTY DAYS AFTER THE DATE OF SERVICE OF THE WRIT OF GARNISHMENT ON THE BANK OR OTHER PERSON HOLDING YOUR MONEY OR PROPERTY, YOU MAY ELECT TO EXEMPT A TOTAL OF $6,000. (This exemption does not apply to an Attachment Before Judgment.)

You may be entitled to claim an exemption under Maryland law of certain money such as Social Security disability benefits; Supplemental Security Income benefits; annuity payments based on retired or retainer pay from the Armed Forces; Civil Service retirement and disability funds; annuities to widows and surviving dependent children of judges; federal worker's compensation; and federal retirement pensions.

YOU MAY ALSO BE ENTITLED TO PROTECT OTHER MONEY OR PROPERTY NOT MENTIONED ABOVE.

TO PROTECT YOUR RIGHTS FULLY, IT IS IMPORTANT THAT YOU ACT PROMPTLY. IF YOU HAVE ANY QUESTIONS, YOU SHOULD CONSULT A LAWYER.