**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore)**

| | |
|---|---|
| ARTHUR F. MCCAULEY, | * |
|     Plaintiff/Judgment Creditor, | * |
| v. | *   Case No. 1:10-cv-03373-RDB |
| CLARK AUTO PARTS, INC. A/K/A AND T/A SMITTY'S AUTO/TRUCK PARTS, | * |
| | * |
|     Defendant/Judgment Debtor, | * |
| v. | * |
| BANK OF AMERICA, N.A., | * |
|     Garnishee. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ANSWER OF BANK OF AMERICA, N.A.

BANK OF AMERICA, N.A., THE GARNISHEE, reports that assets (other than wages and protected amounts under 31 C.F.R. Part 212) belonging to the Defendant, as of the 26th day of March 2012, the date upon which the attachment in this case was served, are being held by the Garnishee and consist of the following:

    1.    Garnishee is indebted to the Defendant/Judgment Debtor in the amount of $13.40, as evidenced by checking account no. XXXXXXXX7884 in the name of Clarks Auto Parts Inc. dba Smitty's Auto Parts and in the amount of $313.81, as evidenced by checking account no. XXXXXXXX8740 in the name of Clark Auto Parts Inc. dba Smittys Auto/Truck Parts.

    2.    Said amounts are being held pending further order of the Court.

    3.    To the extent the assets confessed herein do not equal the full amount of the writ of garnishment served upon Garnishee, Garnishee advises all parties to this proceeding that it will hold any additional property of the Judgment Debtor it receives, in an amount no greater than the sum total of the writ of garnishment, until the writ of garnishment has terminated (by judgment, dismissal, or otherwise) or until further order of the Court.  Pursuant to Maryland Rule 2-645 and 2-645.1, Garnishee will not amend this plea if such additional property is received and held.

Respectfully submitted,


___/s/ Tessa Laspia Frederick_____
Tessa Laspia Frederick
Federal Bar #25374
Miles & Stockbridge P.C.
10 Light Street, 12th Floor
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Garnishee,
Bank of America, N.A.


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 3rd day of April 2012, all parties, all of whom are represented by counsel and all of whom have e-mail addresses designated to receive notices of electronic filings in this case, will receive electronic notice of the filing of the foregoing *Answer of Bank of America, N.A.*  A copy of the foregoing *Answer of Bank of America, N.A.* was also mailed, first class, postage prepaid to:

Clark Auto Parts Inc. dba Smitty's Auto/Truck Parts
8229 Baltimore Annapolis Blvd.
Pasadena, MD  21122-1237

Defendant


_____/s/_____
Tessa Laspia Frederick