**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore)**

| | | |
|---|---|---|
| ARTHUR F. MCCAULEY, | * | |
| Plaintiff/Judgment Creditor, | * | |
| v. | * | Case No. 1:10-cv-03373-RDB |
| SHIRLEY POWERS, | * | |
| Defendant/Judgment Debtor, | * | |
| v. | * | |
| BANK OF AMERICA, N.A., | * | |
| Garnishee. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ANSWER OF BANK OF AMERICA, N.A.

BANK OF AMERICA, N.A., THE GARNISHEE, reports that assets (other than wages and protected amounts under 31 C.F.R. Part 212) belonging to the Defendant, Shirley Powers, as of the 26th day of March 2012, the date upon which the attachment in this case was served, are being held by the Garnishee and consist of the following:

Garnishee confesses that it maintains assets of the Defendant/Judgment Debtor in an account(s) owned by two (2) or more persons, one (1) or more of whom but fewer than all of whom, are judgment debtors. Garnishee maintains these assets in a checking account no. XXXXXXX7453, however, this account is not subject to attachment because it contains a federal benefit payment as defined by 31 C.F.R. Part 212.

Respectfully submitted,

   /s/ Tessa Laspia Frederick
Tessa Laspia Frederick
Federal Bar #25374
Miles & Stockbridge P.C.
10 Light Street, 12th Floor
Baltimore, Maryland 2l202
(410) 727-6464

Attorneys for Garnishee,
Bank of America, N.A.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 3rd day of April 2012, all parties, all of whom are represented by counsel and all of whom have e-mail addresses designated to receive notices of electronic filings in this case, will receive electronic notice of the filing of the foregoing *Answer of Bank of America, N.A*.  A copy of the foregoing *Answer of Bank of America, N.A.* was also mailed, first class, postage prepaid to:

        Shirley A. Powers
        8104 Holly Road
        Clearwater Beach, MD  21226-1935

                                          _____/s/_____
                                          Tessa Laspia Frederick