IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore)

| | |
|---|---|
| ARTHUR F. MCCAULEY, | * |
| Plaintiff/Judgment Creditor, | * |
| v. | *   Case No. 1:10-cv-03373-RDB |
| JEANETTE CARPENTER, | * |
| Defendant/Judgment Debtor, | * |
| v. | * |
| BANK OF AMERICA, N.A., | * |
| Garnishee. | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ANSWER OF BANK OF AMERICA, N.A.

Garnishee, Bank of America, N.A. (hereinafter, "Garnishee"), by its undersigned counsel, for its Answer to Plaintiff's Writ of Garnishment, states as follows:

From the date of service of said Writ to the date of this Plea, the Garnishee neither was nor is indebted to the Defendant/Judgment Debtor, and neither possessed nor possesses any property of the Defendant/Judgment Debtor.

Wherefore, Garnishee requests the dismissal of the Writ of Garnishment.

Respectfully submitted,

___/s/ Tessa Laspia Frederick_____
Tessa Laspia Frederick
Federal Bar #25374
Miles & Stockbridge P.C.
10 Light Street, 12th Floor
Baltimore, Maryland 2l202
(410) 727-6464

Attorneys for Garnishee,
Bank of America, N.A.

Client Documents:4850-3057-6399v1|BOA6-000000|4/5/2012

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 11th day of April 2012, all parties, all of whom are represented by counsel and all of whom have e-mail addresses designated to receive notices of electronic filings in this case, will receive electronic notice of the filing of the foregoing ***Answer of Bank of America, N.A.***  A copy of the foregoing ***Answer of Bank of America, N.A.*** was also mailed, first class, postage prepaid to:

    Jeanette Carpenter
    8229 Baltimore Annapolis Blvd.
    Pasadena, MD  21122

                _____/s/_____
                Tessa Laspia Frederick