UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| ARTHUR F. MCCAULEY, | * | |
| Judgment Creditor | * | |
| v. | | |
| | * | Case No. 10-03373-RDB |
| CLARK AUTO PARTS, INC. A/K/A AND T/A SMITTY'S AUTO/TRUCK PARTS | * | |
| Judgment Debtor | * | |
| and | * | |
| BRANCH BANKING & TRUST CO. | * | |
| Garnishee | * | |

## ANSWER OF GARNISHEE

NOW COMES the Garnishee, Branch Banking & Trust Co., by its undersigned counsel, and in answer to the Writ of Garnishment of Property states that the Garnishee is in possession of funds totaling $425.86. Of this amount $287.84 is maintained in an account held in the name of Judgment Debtor, Clark Auto Parts Inc. and $138.02 is maintained in an account held in the name of Judgment Debtor, Clark Auto Parts Inc. dba Smitty's Auto Truck Parts. All amounts will be held pending further order of this Court.

_John Y. Lee_ /s/ VAK
John Y. Lee, Bar No. 28313
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland 21202
410/576-4197
Fax: 410/576-4269
Email: jlee@gfrlaw.com

Attorney for Garnishee, Branch Banking and Trust Co.

2188731.1 18258/078179 04/06/2012

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16TH day of April, 2012, a copy of the foregoing Answer of Garnishee which was electronically filed and was mailed, first-class, postage prepaid, to:

    Andrew Lynch Cole, Esquire
    Franklin and Prokopik
    The B and O Bldg
    Two N Charles St Ste 600
    Baltimore, Maryland 21201

    Robert G Skeen, Esquire
    Skeen Goldman LLP
    11 E Lexington St Fourth Fl
    Baltimore, Maryland 21202

    Attorneys for Judgment Creditor

    and

    Clark Auto Parts, Inc.
    a/k/a and t/a Smitty's Auto/Truck Parts
    8229 Baltimore Annapolis Blvd.
    Pasadena, Maryland 21122

    Judgment Debtor

                                                    John Y. Lee /s/ VAK
                                                    John Y. Lee