IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (BALTIMORE DIVISION)

| | | |
|---|---|---|
| ARTHUR F. MCCAULEY, | * | |
| JUDGMENT CREDITOR, | * | |
| v. | * | CASE NO. 10-03373-RDB |
| CLARK AUTO PARTS, INC. a/k/a and t/a SMITTY'S AUTO/TRUCK PARTS, | * * | |
| JUDGMENT DEBTOR, | * | |
| v. | * | |
| BRANCH BANKING & TRUST CO., | * | |
| GARNISHEE. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING JUDGMENT ON GARNISHMENT AGAINST GARNISHEE BRANCH BANKING & TRUST CO.

Having read and considered the *Judgment Creditor's Motion for Judgment as to Garnishee Branch Banking & Trust Co.* filed by Arthur F. McCauley (the "Motion") and any response thereto, the relief requested appearing appropriate under the circumstances, it is hereby:

**ORDERED**, that the Motion is Granted; and it is further

**ORDERED**, that judgment is entered in favor of Judgment Creditor Arthur F. McCauley, and against Garnishee Branch Banking & Trust Co. ("BB&T"), in an amount equal to $425.86, together with all amounts that have come into the hands of Talbot Bank after service of the Writ and before said judgment is entered, but not to exceed the amount owed under the creditor's judgment against the debtor and enforcement costs; and it is further

1

**ORDERED**, that these garnishment proceedings are terminated.

Date: MAY 21, 2012

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Andrew L. Cole, Esq.
Franklin & Prokopik
The B&O Building
Two N. Charles St., Ste. 600
Baltimore, MD 21201

*Attorneys for Judgment Creditor*

John Y. Lee, Esq.
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
233 East Redwood St.
Baltimore, MD 21202

*Attorneys for Garnishee Branch Banking & Trust Co.*

Clark Auto Parts, Inc. *a/k/a* and
*t/a* Smitty's Auto/Truck Parts
8229 Baltimore Annapolis Blvd.
Pasadena, MD 21122

*Judgment Debtor*