____ FILED ____ ENTERED
____ LOGGED ____ RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUN 27 2012

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _PXF_ DEPUTY

_Arthur F McCauley_
Plaintiff

v.

_Clark Auto Parts Inc T/A Sm Hwy Auto Parts_
Defendant

and

_Cox Auto Parts Inc_
Garnishee

Civil Action No. _1:10 cv 03373 RDB_

* * * * * *

### ANSWER OF GARNISHEE
(Maryland Rule 2-645)

In answer to the writ of garnishment for property other than wages, the Garnishee says:

1. ☒ The Garnishee is not indebted to the Judgment Debtor or in possession of property of the Judgment Debtor. _As of June 25 12_

2. ☐ The Garnishee is indebted to the Judgment Debtor or in possession of property of the Judgment Debtor.

   a. Please describe the amount and nature of the debt: _____

   b. Please describe the property: _____

3. ☐ The Garnishee would like to contest the garnishment and does assert the following defense:
   (*Note*: this may be a defense that the Garnishee has to the garnishment and/or a defense that the Judgment Debtor could assert)

   _____

_[signature]_
Garnishee/Employer or Attorney

I hereby certify that I mailed a copy of this answer to the Judgment Creditor/Plaintiff or his/her attorney, and a copy to the Judgment Debtor/Employee on _6/26/12_.

_[signature]_
Garnishee/Employer or Attorney

Note: This form must be filed in accordance with Maryland Rule 2-321. Please file with the Clerk of Court, U.S. District Court for the District of Maryland, _____

Answer of Garnishee (Rev. 8/2011)