COX AUTO PARTS INC. 6794A
2719 NORTH POINT BLVD.
BALTIMORE, MD 21222
410-288-6646

Case 1:10-cv-03373-RDB   Document 90-1   Filed 06/27/12   Page 1 of 1



U.S. District Court
101 W Lombard St.
Balto MD 21201

OFFICe OF The Clerk      21201269699