| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>Michael J Bassett   7/3/12 |
| 1. Article Addressed to:<br><br>Henry's Auto Dismantlers, Inc.<br>C/o its Resident Agent, Michael J. Bassett<br>890 Nabbs Creek Road<br>Glen Burnie, MD 21060 | D. Is delivery address different from item 1?  ☐ Yes   ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☑ Yes |
| 2. Article Number<br>(Transfer from service label)  7011 3500 0003 4873 2244 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |