IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Arthur F. McCauley \*
Plaintiff

    v.      \*      Civil Action No. 1:10-cv-03373-RDB

Clark Auto Parts, Inc. t/a Smitty's Auto & Truck Parts
Defendant \*

    and \*

Chaz's Used Auto Parts & Towing, Inc.
Garnishee

\*\*\*\*\*\*

**ANSWER OF GARNISHEE**
(Maryland Rule 2-645)

In answer to the writ of garnishment for property other than wages, the Garnishee says:

1. ☐ The Garnishee is not indebted to the Judgment Debtor or in possession of property of the Judgment Debtor.

2. ☑ The Garnishee is indebted to the Judgment Debtor or in possession of property of the Judgment Debtor.

   a. Please describe the amount and nature of the debt: $7.50 due to Defendant detailed in Defendant's Statement of account #8767815 dated 7/15/2012, attached hereto as Exhibit A.

   b. Please describe the property: _____

3. ☑ The Garnishee would like to contest the garnishment and does assert the following defense:
   (*Note*: this may be a defense that the Garnishee has to the garnishment and/or a defense that the Judgment Debtor could assert)

Defendant has an outstanding balance on its account with Garnishee of $96.50, detailed in Garnishee's Accounts Receivable Statement, dated 7/19/2012, attached hereto as Exhibit B. Garnishee is entitled to an off-set adjustment, and is not indebted to the Judgment Debtor.

_____
Garnishee/Employer or Attorney

I hereby certify that I mailed a copy of this answer to the Judgment Creditor/Plaintiff or his/her attorney, and a copy to the Judgment Debtor/Employee on August 6, 2012.

_____
Garnishee/Employer or Attorney

Note: This form must be filed in accordance with Maryland Rule 2-321. Please file with the Clerk of Court, U.S. District Court for the District of Maryland, Baltimore.

Answer of Garnishee (Rev. 8/2011)