IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ARTHUR F. MCCAULEY | * | CIVIL NO. RDB-10-3373 |
|  | * |  |
| Vs | * |  |
|  | * |  |
| BRANDYWINE AUTO PARTS, INC., | * |  |
| CALTON CARS & PARTS, INC., | * |  |
| CAMBRIDGE AUTO RECYCLING, INC., | * |  |
| and | * |  |
| HENRY'S AUTO DISMANTLERS, INC. | * |  |
| Garnishee | | |

ORDER OF DEFAULT

It appearing from the records and/or affidavit of Plaintiff that the Writ of Garnishments were properly served upon the above name Garnishees on June 22, 2012; July 10 and 13, 2012 ; and that the time for Garnishees to plead or otherwise defend expired on July 22, 2012; August 10 and 13, 2012 and that said Garnishees have failed to plead or otherwise defend as directed in said Writs and as provided by the Federal Rules of Civil Procedure. Therefore, upon the request of the Plaintiff, and pursuant to Rule 2-613(b) of the Federal Rules of Civil Procedure, it is ORDERED that the default for want of answer or other defense by said garnishees is entered this 22nd day of August, 2012

                     FELICIA CANNON, CLERK OF COURT

By: _____/s/_____
         Martina West
            Deputy Clerk