IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (BALTIMORE DIVISION)

| | | |
|---|---|---|
| ARTHUR F. MCCAULEY, | * | |
| JUDGMENT CREDITOR, | * | |
| v. | * | CASE NO. 10-03373-RDB |
| CLARK AUTO PARTS, INC. a/k/a and t/a SMITTY'S AUTO/TRUCK PARTS, | * * | |
| JUDGMENT DEBTOR, | * | |
| v. | * | |
| CAMBRIDGE AUTO RECYCLING, INC. and CALTON CARS AND PARTS, INC. | * | |
| GARNISHEES. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER DISMISSING GARNISHMENTS

Having read and considered the *Judgment Creditor's Motion to Vacate Default and for Judgment as to Garnishees Cambridge Auto Recycling, Inc. and Calton Cars and Parts, Inc.* filed by Arthur F. McCauley (the "Motion") and any response thereto, the relief requested appearing appropriate under the circumstances, it is hereby:

ORDERED, that the Motion is Granted; and it is further

ORDERED, that the Order of Default entered on August 22, 2012, is vacated as to garnishees Cambridge Auto Recycling, Inc. and Calton Cars and Parts, Inc. (collectively "Garnishees") *only* (the Order of Default remains in effect as to the remaining defaulted garnishees); and it is further

1

**ORDERED**, that these garnishment proceedings are dismissed as to Garnishees, the information set forth in their respective answers being deemed established and such answers reflecting no assets held for the judgment debtor.

Date: SEPT. 11, 2012

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Andrew L. Cole, Esq.
Franklin & Prokopik
The B&O Building
Two N. Charles St., Ste. 600
Baltimore, MD 21201

*Attorneys for Judgment Creditor*

Jerry P. Clark, Jr.
Cambridge Auto Recycling, Inc.
2057 Church Creek Rd.
Cambridge, MD 21613

John Calton, Jr.
Calton Cars and Parts, Inc.
6412 Hawthorn Ave.
Elkridge, MD 21075

Clark Auto Parts, Inc. *a/k/a* and
*t/a* Smitty's Auto/Truck Parts
8229 Baltimore Annapolis Blvd.
Pasadena, MD 21122

*Judgment Debtor*

2