IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (BALTIMORE DIVISION)

| | |
|---|---|
| ARTHUR F. MCCAULEY, | * |
| JUDGMENT CREDITOR, | * |
| v. | *    CASE NO. 10-03373-RDB |
| CLARK AUTO PARTS, INC. *a/k/a* and *t/a* SMITTY'S AUTO/TRUCK PARTS, | * |
| JUDGMENT DEBTOR, | * |
| v. | * |
| BANK OF AMERICA, N.A., | * |
| GARNISHEE. | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER GRANTING JUDGMENT ON GARNISHMENT AGAINST
GARNISHEE BANK OF AMERICA, N.A.

Having read and considered the *Judgment Creditor's Motion for Judgment as to Garnishee Bank of America N.A.* filed by Arthur F. McCauley (the "Motion") and any response thereto, the relief requested appearing appropriate under the circumstances, it is hereby:

ORDERED, that the Motion is Granted; and it is further

ORDERED, that judgment is entered in favor of Judgment Creditor Arthur F. McCauley, and against Garnishee Bank of America, N.A. ("Bank of America"), in an amount equal to $327.21, together with all amounts that have come into the hands of Bank of America after service of the Writ and before said judgment is entered, but not to exceed the amount owed under the creditor's judgment against the debtor and enforcement costs; and it is further

ORDERED, that these garnishment proceedings are terminated.

Date: JANUARY 17, 2013

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Andrew L. Cole, Esq.
Franklin & Prokopik
The B&O Building
Two N. Charles St., Ste. 600
Baltimore, MD 21201

*Attorneys for Judgment Creditor*

Tessa Laspia Frederick, Esq.
Miles & Stockbridge P.C.
10 Light St., 12th Floor
Baltimore, MD 21202

*Attorneys for Garnishee Bank of America, N.A.*

Clark Auto Parts, Inc. *a/k/a* and
*t/a* Smitty's Auto/Truck Parts
8229 Baltimore Annapolis Blvd.
Pasadena, MD 21122

*Judgment Debtor*